In the Matter of the Accounting of THEODORE H. SILKMAN et al., as Executors of ADOLPH F. BRAIDICH, Deceased, Appellants and Respondents.

OLGA BLASIG, Respondent and Appellant.

*Matter of Silkman*, 121 App. Div. 202, affirmed.
(Argued December 19, 1907; decided January 7, 1908.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 12, 1907, which modified and affirmed as modified a decree of the Suffolk County Surrogate's Court judicially settling the accounts of the executors herein.

*Edward W. Hatch* and *Joseph Fettretch* for executors, appellants and respondents.

*Edward M. Shepard* for Olga Blasig, respondent and appellant.

Judgment affirmed, without costs to either party ; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.